FILED

12/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0185

STATE OF MONTANA

      Plaintiff and Appellee,

v.

LEROY SANCHEZ

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 9, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 2 2024